**Bruce W. Brewer**, OSB No. 925581
brucebrewerusdccases@gmail.com
PO Box 421
West Linn, OR 97068
503-621-6633
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**SEAN MUMAU**,                                                    Case No.  3:13-cv-01564-SU

           Plaintiff,
                                                                          ORDER (EAJA FEES)
vs.

**COMMISSIONER,**
of Social Security
Administration,
           Defendant.
_____

      Based upon the stipulation of the parties, it is hereby ORDERED that, pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412, Plaintiff's motion is GRANTED and an attorney fee in the amount of $5,000.00 (five thousand dollars) is awarded to Plaintiff.  It is further ORDERED that the aforementioned attorney fee will be paid to Plaintiff's attorney, dependent upon verification that Plaintiff has no debt which qualifies for offset against the awarded fees, pursuant to the Treasury Offset Program as discussed in <u>Astrue v. Ratliff</u>, 130 S.Ct. 2521 (2010). If Plaintiff has no such debt then the check shall be made payable to Plaintiff's attorney, Bruce Brewer, and mailed to Plaintiff's attorney's mailing address at PO Box 421, West Linn, OR

1 - ORDER FOR EAJA FEES

97068. If Plaintiff has debt which qualifies for offset against the awarded fees, pursuant to the Treasury Offset Program as discussed in <u>Astrue v. Ratliff</u>, 130 S.Ct. 2521 (2010), then the check for any remaining funds after offset of the debt shall be made payable to Plaintiff and mailed to Plaintiff's attorney's mailing address - PO Box 421, West Linn, OR 97068 - stated above. There are no costs or expenses to be paid herein.

DATED this  2nd  day of July_____, 2015.

/s/ Patricia Sullivan
_____
The Honorable Patricia Sullivan
United States Magistrate Judge

Submitted by:

Bruce W. Brewer, OSB No. 925581
503-621-6633, Attorney for Plaintiff

2 - ORDER FOR EAJA FEES